IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| BRUCE S. JOYNER, | § | |
| | § | No. 165, 2020 |
| Plaintiff Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| THE NEWS JOURNAL, | § | |
| | § | C.A. No. N20A-01-001 |
| Defendant Below, | § | |
| Appellee. | § | |

Submitted: November 20, 2020
Decided: December 23, 2020

Before **VAUGHN**, **TRAYNOR**, and **MONTGOMERY-REEVES**, Justices.

# **O R D E R**

After careful consideration of the parties' briefs and the Superior Court record, including the Industrial Accident Board's order dated August 20, 2019, we conclude that the Superior Court did not err when it denied the appellant's untimely motion for reargument. We also affirm the Superior Court's dismissal of the appellant's appeal from the IAB's order as factually and legally frivolous.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice